UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

JUAN MARTINEZ-ROSALES,

          Defendant.

No. CR-07-6046-FVS

ORDER DENYING MOTION FOR REDUCTION OF SENTENCE

**THIS MATTER** comes before the Court based upon the defendant's motion to modify the judgment.

**BACKGROUND**

During January of 2008, the defendant pleaded guilty to the crime of Alien in the United States after Deportation. 8 U.S.C. § 1326. He entered the guilty plea pursuant to a "fast track" plea agreement. According to its terms, the government agreed to recommend a three-level downward departure at sentencing; the defendant agreed to refrain from asking for more than a three-level departure. At sentencing, the parties fulfilled their respective commitments under the plea agreement. The Court sentenced the defendant to 41 months imprisonment based upon his plea of guilty. On August 4, 2008, he filed a motion under 28 U.S.C. § 2255 asking that his sentence be reduced. In essence, he argues that, since he is an illegal alien, he

ORDER - 1

will suffer extraordinary hardship while in prison.

**RULING**

The defendant's motion for a reduction is denied for two reasons. First, the relief he is seeking is not available under 28 U.S.C. § 2255.  Second, he agreed to a three-level departure from the Guideline range, and nothing more.  By making this motion, he may be violating his plea agreement.  The Court need not resolve that issue because § 2255 does not permit the Court to grant the relief which he is seeking.

**IT IS HEREBY ORDERED:**

1. The defendant's motion for reduction of sentence **(Ct. Rec. 35) is denied.**

2. The Court will not consider a motion for reconsideration.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to the defendant and to counsel for the government.

**DATED** this ___9th___ day of October, 2008.

                           s/ Fred Van Sickle
                             Fred Van Sickle
                Senior United States District Judge

ORDER - 2